Case: 1:26-mj-000127
Assigned To: Judge Harvey, G. Michael
Assign. Date: 7/29/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On July 26, 2026, at approximately 3:56 p.m., at 3122 Buena Vista Terrace SE, Washington, D.C., officers with the Metropolitan Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives observed an individual they recognized to be Amontae McCalvin (the "Defendant") standing on the sidewalk. Officers were aware that the Defendant had an active bench warrant issued on June 22, 2026 by the Honorable Judge John McCabe in D.C. Superior Court.

Officers placed the Defendant under arrest and then recovered from the Defendant's waistband a Glock 44 with serial number AGGV654. The firearm was loaded with 10 rounds in the magazine and 1 round in the chamber. A still shot from body worn camera footage is below showing the firearm as it was removed from the Defendant's person.



The recovered firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been convicted in 2024 in D.C. Superior Court case number 2024-CF3-

000134 of Assault with a Dangerous Weapon-Firearm and Carrying a Pistol Without a License and sentenced, pursuant to the Youth Rehabilitation Act, to sixty months of imprisonment with 32 months suspended, and in 2024 in D.C. Superior Court case number 2023-CF2-006413 of Carrying a Pistol Without a License for which he received a sentence of one year of imprisonment with six months suspended. Those crimes are both punishable by a term of imprisonment of greater than one year.

As such, your affiant submits that there is probable cause to charge Amontae McCalvin with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

Sherif Dorghoud
Special Agent
United States Bureau of Alcohol,
Tobacco, Firearms and Explosives

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 29, 2026.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE